BURT A. SMITH, Respondent, v. GLENN E. NYE and Another, Appellants.— Order modified by striking out the provision for the examination as to the manner of and with whom final settlement was had, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Estate of JAMES W. BURNS, Deceased.— Decree affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

LOUIS MEADVIN, Appellant, v. FRANK VANACORA, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

WILLIAM J. HEIL, Respondent, v. EMBLEM MANUFACTURING COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARY C. DUFFY, Respondent, v. THE CITY OF UTICA, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOHN G. DUFFY, Respondent, v. THE CITY OF UTICA, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

DAVID GOLDMAN Co., INC., Appellant, v. CLARENCE VAN WICKLIN, Respondent.— Judgment of County Court reversed and judgment of City Court affirmed, with costs in this court and in County Court to the appellant, on the ground that the act of the plaintiff in returning to the vendee the sum of $500 previously deposited by the vendee with the plaintiff was not a violation of the contract between the plaintiff and defendant, inasmuch as the defendant, having failed to carry out the contract, became obligated thereby to return such deposit to the vendee. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD ORCHARD and JOHN PATRICK O'CONNOR, Appellants.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES MORIARTY, Appellant, v. JOHN HENNESY, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

In the Matter of the Application of CHARLES F. STANTON, as Commissioner of Public Works of the City of Syracuse, for the Appointment of Commissioners of Condemnation in the Matter of Acquiring Lands and Premises in the City of Syracuse, to Be Taken for a Site for the Fifteenth Ward Fire Station.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

NEW YORK WILLITE PAVING CORPORATION, Respondent, v. JULIUS FRIEDRICH Co., INC., and ROCHESTER WILLITE CORPORATION, Appellants.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.